

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-17-00164-CR

Lauro Pablo **VALDEZ, JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CRN-001209-D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

The reporter's record was due to be filed with this court on July 9, 2017. *See* TEX. R. APP. P. 35.1. On July 14, 2017, court reporter Cynthia Perez Lenz filed a notification of late record. She advised the court that the record will comprise about 775 pages and she expected to complete it by July 28, 2017.

The reporter's request for an extension of time to file the reporter's record is GRANTED. *See id.* R. 35.3(c) (limiting an extension in a regular appeal to thirty days). The reporter's record is due on **July 31, 2017**. *See id.*

If the reporter's record is not filed with this court by the due date, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

Patricia O. Alvarez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.

Luz Estrada
Chief Deputy Clerk